COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-035-CV

IN RE SENECA INSURANCE RELATOR

COMPANY, INC.

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL A: LIVINGSTON, J.; CAYCE, C.J.; and HOLMAN, J.

DELIVERED: March 2, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.